## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PHILLIP H. BRYANT**                                                    **PLAINTIFF**

**v.**                              **No. 4:24-cv-1064-DPM**

**U.S. DEPARTMENT OF VETRANS
AFFAIRS, Denis McDonough, Secretary
and OFFICE OF PUBLIC AND
INTERGOVERNMENTAL AFFAIRS**                              **DEFENDANTS**

### ORDER

This case is closely related to another case recently opened in the Eastern District of Arkansas, *Bryant v. Department of Veterans Affairs*, Case No. 4:24-cv-1063-KGB (E.D. Ark. 4 December 2024). In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to the Chief United States District Judge Kristine G. Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024